Rachel E. Kaufman (CSB# 259353)
rachel@kaufmanpa.com
Kaufman P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorney for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS KALAIR, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>HIPPO ENTERPRISES, INC., a Delaware corporation,<br><br>*Defendant.* | Case No. 5:21-cv-04258<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

  Plaintiff Nicholas Kalair hereby gives notice of the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

                Respectfully submitted,

DATED this 23rd day of July, 2021.

                By: /s/ *Rachel E. Kaufman*
                Rachel E. Kaufman
                Rachel@kaufmanpa.com
                Kaufman P.A.
                400 NW 26th Street
                Miami, FL 33127
                Telephone: (305) 469-5881

                *Attorney for Plaintiff and the putative Class*